UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Remedios Evans
  **Plaintiff,**

  v.                                        Civil Case No. 24-cv-13052-BEM

Regis College
  **Defendant.**

## SETTLEMENT ORDER OF DISMISSAL

**MURPHY, J.**

The Court having been advised on August 26, 2025, that the above-entitled action has been settled;

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action no later than 60 days, if settlement is not consummated.

By the Court,

August 26, 2025                         /s/ Marlene Martins
  Date                                   Deputy Clerk